■■■ TIMOTHY T. JOHNSON, as Parent and Natural Guardian of KYRELL JOHNSON, an Infant, Appellant, v GENESEE MANAGEMENT, INC., et al., Respondents. [945 NYS2d 917]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered March 23, 2011 in a personal injury action. The order granted the motions of defendants for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.